# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2021

## NO. 03-19-00440-CV

**Ryan Sissom, Appellant**

**v.**

**Soncia Reagins-Lilly, Andel Filis-Aime, Kathryn Goodwin, Debra R. Hansen, Kia Hill, Caleb Wong, Hisham Ali, and Laura B. Rich, in Their Official and Individual Capacities, Appellees**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## AFFIRMED IN PART; DISMISSED IN PART -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order granting the plea to the jurisdiction signed by the trial court on May 9, 2019, and the order granting the motion to dismiss signed by the trial court on May 16, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order granting the plea to the jurisdiction. Therefore, the Court affirms the trial court's order granting the plea to the jurisdiction. The Court further holds that it lacks jurisdiction over the order granting the motion to dismiss. Therefore, the Court dismisses that portion of appellant's appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.